| | | | |
|---|---|---|---|
| AUSA: | Blake Hatlem | Telephone: | (313) 226-9613 |
| Special Agent: | Jeff Sokolowski | Telephone: | (313) 965-2323 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
v.
Shawn Monte Hickman

Case No. XXXXXXXXXX

Case: 2:22−mj−30391
Assigned To : Unassigned
Assign. Date : 9/14/2022
Description: RE: SHAWN MONTE HICKMAN (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 24, 2022__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(1) | Felon in posession of ammunition |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Jeff Sokolowski
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __September 14, 2022__

City and state: __Detroit, MI__

_____
Judge's signature

David R. Grand, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jeff Sokolowski, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since March of 2009. I am currently assigned to the FBI Detroit Division Violent Crime Task Force ("VCTF"). As an FBI Special Agent, I have conducted or assisted in numerous investigations of federal and state violations, including crimes of violence and firearms.

2. The statements contained in this Affidavit are based on my experience and background as an FBI Special Agent and on information provided by police officers, other agents of the FBI, and other law enforcement personnel, as well as communications with others who have personal knowledge of the events and circumstances described herein.

3. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. I am currently investigating Shawn Monte HICKMAN, date of birth xx/xx/1998, for a violation of federal law, specifically, felon in possession of ammunition, in violation of 18 U.S.C. § 922(g)(1).

5. I have conducted a computerized criminal history check (CCH) for HICKMAN which revealed HICKMAN has been convicted of the following felony offenses:

    4/4/2022 – Assault with intent to Commit Great Bodily Harm Less than Murder or by Strangulation (3rd Circuit - Michigan).

    4/4/2022 – Felony Weapons - Taser Possession (3rd Circuit – Michigan).

    6/13/2018 – Criminal Sexual Conduct Fourth Degree (three counts of conviction), (3rd Circuit – Michigan).

6. For each of the above-described convictions, HICKMAN was subject to a term of imprisonment in the Michigan Department of Corrections (MDOC) for at least one year and is currently on MDOC probation until April 4, 2025. Therefore, there is probable cause that HICKMAN knew he was convicted of a felony offense punishable by more than one year of imprisonment prior to the following offense date of August 16, 2022.

7. Shawn Monte HICKMAN is a convicted felon and therefore prohibited from possessing ammunition.

8. HICKMAN is also subject to a mental health order dated November 15, 2017, and is prohibited from purchasing a pistol or obtaining a license to carry a pistol concealed.

9. Moreover, HICKMAN is classified as a sexual offender as a result of his 2019 conviction for Criminal Sexual Conduct- 4th Degree. Per the Michigan Law Enforcement Information Network (LEIN) HICKMAN is a noncompliant sexual offender.

## **PROBABLE CAUSE**

10. On August 16, 2022, at approximately 9:28pm, Officers with the Detroit Police Department responded to the location of Grand River Avenue and Lahser Road for a shots fired in progress. While on scene investigating, the Officers were flagged down near an alley behind the Family Dollar store at 22200 Grand River Avenue and located an adult black male victim who was alert and responsive.

11. The victim advised he was sitting on the west side of the street between Willmarth Street and Santa Clara Avenue on Lahser Road, when an unknown black male approached him on foot, firing multiple shots at him. The victim was shot two times in the left leg. The victim was later transported to the hospital.

12. Officers recovered seven (7) 9mm Blazer spent shell casings recovered from the scene of the non-fatal shooting incident.

13. As the investigation continued, Officers determined the location across the street from the shooting, Redford Minimart, 17444 Lahser Road, had camera footage of the suspect before and after he shot the victim.

**Exhibit 1: Map of area of shooting on 08/16/2022**



14. The suspect was a black male wearing a black du-rag, black Nike sweatshirt with red Nike logo, blue shorts, and blue slides. Camera footage from the Redford Minimart was obtained by the Detroit Police Department, which contains video of the suspect soon before the shooting, and is represented by the still shots below:

**Exhibit 2: Still shot of HICKMAN outside of the Redford Minimart at approximately 9:26:18pm on 08/16/2022**



**Exhibit 3: Still shot of HICKMAN inside of the Redford Minimart at approximately 9:26:58pm on 08/16/2022**



**Exhibit 4: Close up of still shot of HICKMAN inside of the Redford Minimart at approximately 9:26:58pm on 08/16/2022**



**Exhibit 5: Close up of still shot of HICKMAN in parking lot after exiting the Redford Minimart at approximately 9:27:04 on 08/16/2022**



**Exhibit 6: Close up of still shot of HICKMAN walking through parking lot at approximately 9:27:36pm on 08/16/2022**



**Exhibit 7: Still shot of HICKMAN walking in middle of Lahser Road at approximately 9:27:44pm on 08/16/2022**



**Exhibit 8: Still shot of HICKMAN with arm up and muzzle flash from firearm at approximately 9:27:51pm on 08/16/2022**



Exhibit 9: Close up of still shot of HICKMAN with arm up and muzzle flash from firearm at approximately 9:27:51pm on 08/16/2022



15. On August 24, 2022, Michigan Department of Corrections (MDOC) Task Force Officer (TFO) Michelle Glazer, assigned to the FBI Violent Crime Task Force, contacted MDOC Probation Agent Tracy MacLachlan via email. TFO Glazer sent Agent MacLachlan surveillance still shots of HICKMAN, consistent with those above, and inquired whether she recognized the person in the still shots. TFO Glazer reported Agent MacLachlan called her six minutes after sending the still shots and advised after opening the first picture she immediately recognized the individual as HICKMAN.

16. On September 8, 2022, HICKMAN failed to report to probation.

17. On September 9, 2022, HICKMAN failed to attend a court ordered mental health intake appointment at DMC Ardmore.

18. On September 14, 2022, I spoke with ATF Special Agent Michael Jacobs, interstate expert in firearms/ammunition. ATF Special Agent Michael Jacobs advised that the seven (7) 9mm Blazer spent shell casings recovered from the scene of the non-fatal shooting incident are "ammunition" according to Title 18 U.S.C. 921 (17)(A) and are manufactured outside the State of Michigan. Therefore, the casings recovered from the scene travelled in interstate commerce.

## Conclusion

19. Based on the above information, probable cause exists to believe that HICKMAN, a previously convicted felon, knowing that he was previously convicted of an offense punishable by more than one year of imprisonment, knowingly possessed ammunition, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____
Jeff Sokolowski, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge

September 14, 2022